# LAW OFFICE OF ALEX GROSSHTERN

225 Broadway, Suite 630
New York, New York 10007
Tel (212) 233-1300

Facsimile (212) 233-1333
email: AGLaw1@cs.com

August 30, 2010

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP - 2 2010 ★

**BROOKLYN OFFICE**

The Honorable I. Leo Glasser
Senior District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   United States of America v. Julia Yakovlev
      09CR587
      Modification of Bond Conditions (children's school)

Dear Judge Glasser:

   I am the attorney for Julia Yakovlev. As the Court is aware, Ms. Yakovlev was released on a bond in the above referenced matter in July of 2009 and is currently under home confinement with electronic monitoring supervision. Ms. Yakovlev has been in full compliance with all requirements set forth by the Court and Pretrial Services for over one year.

   Starting this September, Ms. Yokovlev's daughter will be attending the second grade at Public School 100 located at 2951 West 3rd Street in Brooklyn, N.Y. This school is approximately three miles from Ms. Yakovlev's home. The school does not have a bus route with a stop by Ms. Yakovlev's home as her residence is in the enclosed and gated community of Seagate.

   At this time Ms. Yakovlev requests the Court's permission to drive her daughter from home to P.S. 100 in the mornings and to drive the child from school back home in the afternoon on schooldays beginning September 8, 2010. The school day begins at 8:10 a.m. and ends at 2:30 p.m.

   Furthermore, Ms. Yakovlev requests permission to go to the school this Thursday, September 2, 2010 at 9:00 a.m. for school registration.

Page 2 of 2. Julia Yakovlev. 09CR587

I have spoken to Michael Ilaria of Pretrial Services regarding this application and he has informed me that Pretrial Services takes no position and therefore has no objection as long as this Court approves. I have also discussed this request with Assistant United States Attorney James Gatta. Mr. Gatta has informed me that the United States Attorney's Office would not oppose such a request.

If there is any further information that the Court requires I can be contacted at the address or telephone number listed above. I thank you for your attention to this matter.

Very truly yours,

/s/Alex Grosshtern
Alex Grosshtern, Esq.
Attorney for Julia Yakovlev

*Granted*
*So ordered*
*USDJ*
*9/1/10*

cc via ECF:   James Gatta, Esq., U.S. Attorney's Office EDNY