# LAW OFFICE OF ALEX GROSSHTERN

225 Broadway, Suite 630
New York, New York 10007
Tel (212) 233-1300

Facsimile (212) 233-1333
email: AGLaw1@cs.com

September 20, 2010

The Honorable I. Leo Glasser
Senior District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   United States of America v. Julia Yakovlev
      09CR587, Modification of Bond Conditions (children's care)

Dear Judge Glasser:

    As you are aware, Ms. Yakovlev has been released on a bond with an electronic monitoring device under the supervision of Pretrial Services. Furthermore, on September1, 2010 this Court endorsed my application approving Ms. Yakovlev driving her child to P.S. 100 on schooldays and for her to attend school registration on September 2. On September 2, this Court granted a further specific request to allow Ms. Yakovlev to attend the child's school registration on September 7.

    At this time Ms. Yakovlev has again learned that she needs to be present at her child's school to meet with teachers on September 21, 2010. She requests that the Court authorize her to attend this parent/teacher meeting.

    Furthermore, to be practical, considering all of the recent requests that Mr. Yakovlev has made involving child care issues, at this time I request that the Court authorize Pretrial Services to directly grant specific requests of this nature as the need arises.

    If there is any further information that the Court requires I can be contacted at the address or telephone number listed above. I thank you for your attention to this matter.

Very truly yours,

___/s/_____
Alex Grosshtern, Esq.
Attorney for Julia Yakovlev

cc via ECF:   James Gatta, Esq., U.S. Attorney's Office EDNY