

**U.S. Department of Justice**

*United States Attorney
Eastern District of New York*

AB
F.#2009R01500

*271 Cadman Plaza East
Brooklyn, New York  11201*

September 28, 2010

<u>By Federal Express</u>

Alex Grosshtern, Esq.
225 Broadway, Suite 630
New York, New York 10007

      Re:  <u>United States v. Dmitriy Yakovlev, et al.
           Criminal Docket No. 09-587 (ILG)</u>

Dear Mr. Grosshtern:

      Pursuant to Rule 16 of the Federal Rules of Criminal Procedure, the government hereby furnishes the following additional discovery in the above-captioned case.  The government also renews its request for reciprocal discovery.

      During proffer sessions on February 9, 2010 and March 31, 2010, the defendant Julia Yakovlev made statements to law enforcement reflected in the disclosed exhibit.[1]

                              Very truly yours,

                              LORETTA E. LYNCH
                              United States Attorney

                 By:  <u>/s/ Amy Busa          </u>
                       Amy Busa
                       Assistant U.S. Attorney

Enclosures
cc:  Clerk of Court (ILG) (by ECF) (w/o enclosures)

---

     [1]    To apprise the defendants of statements that may be admitted at trial, the government will provide a redacted copy of this report, removing any communications that are arguably privileged marital communications, to both defendants under separate cover.