# LAW OFFICE OF ALEX GROSSHTERN

225 Broadway, Suite 630
New York, New York 10007
Tel (212) 233-1300

Facsimile (212) 233-1333
email: AGLaw1@cs.com

_____

September 29, 2010

The Honorable I. Leo Glasser
Senior District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   United States of America v. Julia Yakovlev
       09CR587 (S-1) (ILG), Temporary release of passports held as bond condition

Dear Judge Glasser:

     As you are aware, Ms. Yakovlev has been released on a bond with an electronic monitoring device under the supervision of Pretrial Services. As part of the bond conditions, Ms. Yakovlev's parents, Father - Arkadiy Sochilin and Mother - Larisa Sochilina, surrendered their Russian passports to Pretrial Services.

     At this time, Ms. Yakovlev's parents are applying for United States Citizenship and their Russian passports are required as documents in this process. Therefore, I request that Pretrial Services release these passports to Arkadiy Sochilin and Larisa Sochilina and they will return said passports to Pretrial Services within one week. It is my understanding that at this time both passports are expired.

     There is no objection to this request on the part of James Gatta, Esq. of the United States Attorney's Office or Pretrial Services.

     If there is any further information that the Court requires I can be contacted at the address or telephone number listed above. I thank you for your attention to this matter.

Very truly yours,

____/s/_____
Alex Grosshtern, Esq.
Attorney for Julia Yakovlev

cc via ECF:   James Gatta, Esq., U.S. Attorney's Office EDNY
              Michael Ilaria, US Pretrial Services EDNY