# LAW OFFICE OF ALEX GROSSHTERN

225 Broadway, Suite 630
New York, New York 10007
Tel (212) 233-1300

Facsimile (212) 233-1333
email: AGLaw1@cs.com

———

July 28, 2011

The Honorable I. Leo Glasser
Senior District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:   United States of America v. Julia Yakovlev
      09CR587
      Modification of Bond Conditions (child's summer camp)

Dear Judge Glasser:

As you are aware, Ms. Yakovlev has been released on a bond with an electronic monitoring device under the supervision of Pretrial Services. This past June, the Court granted permission for Ms. Yakovlev to drive her child from home to a summer day camp in Brooklyn on weekdays in the morning and drive the child from camp back home in the afternoon from June 29, 2011 to July 15, 2011. At this time, Ms. Yakovlev is reenrolling her child in the same camp from August 1, 2011 to August 19, 2011 and is again requesting permission to transport her child under the same conditions as before. The East Midwood Day camp is located at 1625 Ocean Avenue, Brooklyn, New York. Camp begins every weekday at 9:00 a.m. and ends at 5:00 p.m.

I have informed James Gatta of the United States Attorney's Office regarding the above request and the government has no objection. If there is any further information that the Court requires I can be contacted at the address or telephone number listed above. I thank you for your attention to this matter.

Very truly yours,

/s/Alex Grosshtern
Alex Grosshtern, Esq.
Attorney for Julia Yakovlev