# LAW OFFICE OF ALEX GROSSHTERN

225 Broadway, Suite 630
New York, New York 10007
Tel (212) 233-1300

Facsimile (212) 233-1333
email: AGLaw1@cs.com

September 1, 2011

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y

★ SEP 0 6 2011 ★

BROOKLYN OFFICE

The Honorable I. Leo Glasser
Senior District Judge
United States District Court for the
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE:  United States of America v. Julia Yakovlev
     09CR587
     Modification of Bond Conditions (children's school)

Dear Judge Glasser:

    I am the attorney for Julia Yakovlev. As the Court is aware, Ms. Yakovlev was released on a bond in the above referenced matter in July of 2009 and is currently under home confinement with electronic monitoring supervision. On August 29, 2011 this Court sentenced Ms. Yakovlev to a term of incarceration requiring her surrender on September 26, 2011.

    Starting September 8, 2011 Ms. Yokovlev's daughter and her son will both be attending Public School 100 located at 2951 West 3rd Street in Brooklyn, N.Y. This school is approximately three miles from Ms. Yakovlev's home. The school does not have a bus route with a stop by Ms. Yakovlev's home as her residence is in the enclosed and gated community of Seagate.

    At this time Ms. Yakovlev requests the Court's permission to drive her children from home to P.S. 100 in the mornings and to drive the children from school back home in the afternoon on schooldays beginning September 8, 2010 until her scheduled date of surrender to the United States Marshals Service on September 26, 2011. The school day begins at 8:10 a.m. and ends at 2:30 p.m. This request is similar to the request that this Court granted the previous school year when Ms. Yakovlev drove her daughter to and from the above mentioned school.

*Page 2 of 2, Julia Yakovlev, 09CR587*

   Ms. Yakovlev also requests permission to take her children shopping for school supplies and clothes at two stores on any day before the beginning of school. The two Brooklyn stores are: Kids World at 605 Brighton Beach Avenue and S&D Kids at 3460 Nostrand Avenue.

   I have informed Assistant United States Attorney Amanda Hector of these requests and there is no opposition.

   If there is any further information that the Court requires I can be contacted at the address or telephone number listed above. I thank you for your attention to this matter.

              Very truly yours,

              /s/Alex Grosshtern
              Alex Grosshtern, Esq.
              Attorney for Julia Yakovlev

cc via ECF:  Amanda Hector, Esq.,
       James Gatta, Esq.,
       U.S. Attorney's Office EDNY

*Granted*
*So ordered*
S/ILG USDJ
9/2/11